

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00363-CV

**IN THE MATTER OF THE ESTATE OF BEN GARZA, III, DECEASED**

From the County Court, Guadalupe County, Texas
Trial Court No. 2020-PC-0203
Honorable Bill Squires, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR
WANT OF PROSECUTION. Costs in relation to this appeal are assessed against appellant.

SIGNED February 16, 2022.

_____
Lori I. Valenzuela, Justice